UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC, <br><br> Petitioner, <br><br> v. <br><br> DARYL ALLEN, DAVID BARNES, CHRISTOPHER BLACK, MICHELE CRITTENDEN, CHRIS FLANAGAN, MICHAEL FLANAGAN, MICHAEL GREEN, FRANK HOGAN, WILLIAM HUTHNANCE, MICHAEL HOOD, DONALD KINSEY, TRAVIS MOSS, MATTHEW PICKETT, JAMES TARDY, and LANGSTON TURNER, <br><br> Respondents. | **16 CV 3441** <br> Case No. _____ <br><br> **ORDER TO SHOW CAUSE** <br><br> USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 5/10/16 |

Upon the declaration of Stephen M. Kramarsky, dated May 9, 2016, and upon the accompanying Memorandum of Law in Support of Petitioner's Order to Show Cause For A Preliminary Injunction, together with all exhibits and attachments thereto, it is hereby:

ORDERED, that Respondents Chris Flanagan, Michael Flanagan, James Tardy, David Barnes, Michele Crittenden, Donald Kinsey, Travis Moss, Matthew Pickett, Frank Hogan, Michael Green, Michael Hood, Daryl Allen, Langston Turner, William Huthnance and Christopher Black show cause before this Court, in Courtroom 705 of the United States Courthouse, 500 Pearl Street, in the City, County and State of New York on May 17, 2016 at 10:00 o'clock in the a.m. thereof, or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Respondents as follows:

    A. Directing Respondents to arbitrate their claims, if at all, before JAMS or the AAA in New York, in accordance with the provisions of the Petitioner's Employment Dispute Resolution Program ("EDRP");

    B. Barring Respondents from litigating their claims relating to deferred compensation and employee promissory notes in any other court or forum;

C. Awarding Petitioner such other and further relief as the Court may deem just and proper.

~~It is FURTHER ORDERED that security in the amount of $_____ shall be posted by the Petitioner prior to _____ \_\_\_\_, 2016 at \_\_\_\_ o'clock in the \_\_.m. thereof.~~

It is FURTHER ORDERED that service of this Order to Show Cause, together with the papers on which it was granted, shall be deemed good and sufficient service if made by personal delivery, facsimile or email on Respondents or their counsel on or before 5:00 p.m. on May 10, 2016. Opposition papers are to be served and filed by May 16, 2016, at 12:00 noon.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Judge Paul G. Gardephe

Dated: New York, New York
May 9, 2016

2